1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CARL KINDELL,<br><br>Defendant. | Case No. 3:23-cr-00039-ART-CLB<br><br>**ORDER APPROVING (ECF No. 14)**<br><br>**Stipulation Pursuant to ECF No. 11** |

I.  The Government's Discovery[1]

    A.  Discovery under FRCP 16(a)(1)(A)-(F)

        The Defendant's Statements

        The statements of the defendant have been disclosed.

        USAO000001, USAO000066-USAO000086, USAO000061-USAO000062 disclosed on January 3, 2024.

---

[1] The government recognizes its discovery obligations are ongoing. The government reserves its right to produce subsequent discovery and use it at future proceedings, such as any hearings, trial, or sentencing.

1

The Defendant's Criminal History

The criminal history of the defendant has been disclosed.

USAO000002-USAO000060, disclosed on January 3, 2024.

Documents and Tangible Objects

The defendant may examine the physical evidence discoverable under Rule 16, including original documents, by contacting the government to arrange a mutually convenient time.

Reports of Examinations and Tests

The government will provide the defense with copies of any reports of examinations or tests in this case as they become available.

Expert Witnesses

The government will provide expert witness disclosures consistent with Federal Rule of Criminal Procedure 16(a)(1)(G) for its' Case in Chief no later than 60 days before trial. The Defense will provide its expert witness disclosures consistent with Federal Rule of Criminal Procedure 16(b)(1)(C) no later than 14 days after the government's expert notice is due. The government will provide expert witness disclosures consistent with Federal Rule of Criminal Procedure 16(a)(1)(G) for its rebuttal case no later than 7 days after the defendant's expert notice is due.

B.   Brady, Giglio, and Henthorn Material

The government understands and will comply with its continuing obligation to produce exculpatory material as defined by *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny.  Before trial, the government will furnish materials discoverable pursuant to Title

18, United States Code, Section 3500, as well as impeachment materials. *See Giglio v. United States*, 405 U.S. 150 (1972) and *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991).

    C.    <u>Discovery under FRCP 12.1, 12.2. and 12.3</u>

The government will request notice of any alibi defense 60 days before trial. The defendant will respond within 14 days after the request.

The government cannot make any requests under Rules 12.2 nor 12.3 until triggered by a notice of such defenses by the defendant, and therefore, a deadline cannot be addressed at this time.

    II.    <u>The Defendant's Disclosures</u>

The defendant will provide any expert witness disclosures consistent with Federal Rule of Criminal Procedure 16(b)(1)(C) no later than 14 days after the government's expert notice is due. Defendant will file any written notice of an alibi defense, insanity defense, expert evidence of a mental condition, or public authority defense consistent with FRCP 12.1, 12.2, and 12.3.

DATED this 7th day of February, 2024

JASON M. FRIERSON
United States Attorney

/s/ Andrew Keenan
ANDREW KEENAN
Assistant United States Attorney

APPROVED.

_____
Anne R. Traum
United States District Judge

DATED: <u>February 12, 2024.</u>

RENE VALLADARES
Federal Public Defender

/s/ Joy Chen
JOY CHEN
Assistant Federal Public Defender
Counsel for Robert Carl Kindell

3