RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Robert Carl Kindell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT CARL KINDELL,<br><br>　　　　　　Defendant. | Case No. 3:23-cr-00039-ART-CLB<br><br>**STIPULATION TO VACATE STATUS CONFERENCE**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Robert Carl Kindell, that the Status Conference currently scheduled on May 16, 2024, be vacated.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Kindell recently appeared before the Honorable Judge Traum and pleaded guilty to Count 1 of the Indictment.

　　　　2.　　Sentencing in this matter has been scheduled for August 1, 2024, with the possibility that it is advanced to an earlier date. It is expected Mr. Kindell will be transported from the NSDC to a BOP facility after that date.

3. To avoid any delays between surgery and physical therapy or other disruptions to care that may emerge as a result of transfer between facilities, Mr. Kindell has opted to receive the necessary surgery after he arrives in BOP custody.

4. The parties therefore respectfully request that the status check in this matter be vacated.

This is the first request to vacate the status conference.

DATED this 9th day of May, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CARL KINDELL,<br><br>Defendant. | Case No. 3:23-cr-00039-ART-CLB<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status conference currently scheduled for Thursday, May 16, 2024 at 10:00 a.m., be vacated.

DATED this  13  day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3